# First District Court of Appeal
## State of Florida

_____

No. 1D2024-0670

_____

SHANNON PARKS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____

On appeal from the Circuit Court for Dixie County.
Mark E. Feagle, Judge.

May 7, 2025

PER CURIAM.

   AFFIRMED. *See Daise v. State*, 379 So. 3d 603 (Fla. 1st DCA 2024); *Ivory v. State*, 159 So. 3d 197 (Fla. 4th DCA 2015).

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Shannon Parks, pro se, Appellant.

James Uthmeier, Attorney General, and Virginia Chester Harris, Senior Assistant Attorney General, Tallahassee, for Appellee.